■ In the Matter of CHARLES FLOYD, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum:

Petitioner's claim that the penalty imposed was excessive, raised for the first time on appeal, is not properly before this court *(see, Matter of Bones v Kelly,* 122 AD2d 593; *Matter of Gaines v Kelly,* 117 AD2d 1002). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present —Dillon, P. J., Callahan, Boomer, Lawton and Davis, JJ.